# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jenkins, Elizabeth A. | U.S. District Court | 08/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination ☐ Initial ☑ Annual ☐ Final     Date<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

801 N. Fla. Ave., Ste. 1132
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Ed. Trust I |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | monthly | State of Florida, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | UF Law Center for Governmental Responsibility | 5/20/12- 5/23/12 | Buenos Aires, Argentina | non-judicial education | lodging, meals, mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HTC, Ltd. | | | L | W | | | | | See Pt. VIII |
| 2. Real Estate, ▒ County, Florida - Parcel 1 | | | N | W | | | | | |
| 3. Real Estate, ▒ County, Florida - Parcel 2 | | | M | W | | | | | |
| 4. Wachovia Mon. Mkt. Acct | A | Interest | J | W | | | | | |
| 5. Real Estate, Alachua County, Florida | E | Rent | K | W | | | | | See Pt. VIII |
| 6. IRA #1 | C | Int./Div. | M | T | | | | | |
| 7. -Art. Int. Fund | | | | | | | | | |
| 8. -Julius Baer Int. Fund | | | | | | | | | |
| 9. -Art Mid-Cap Fund | | | | | | | | | |
| 10. -Schwab Premier Equity Fund | | | | | | | | | |
| 11. Vanguard Star Fund | A | Int./Div. | J | T | | | | | |
| 12. Bank of America acct | A | Interest | J | T | | | | | |
| 13. Schwab Adv. Mon. Mkt Fund | A | Interest | L | T | | | | | |
| 14. Vanguard Primecap Fund* | A | Int./Div. | M | T | | | | | See Pt. VIII |
| 15. Royce Low Price Stock Fund | A | Int./Div. | | | Sold | 08/24/12 | J | | |
| 16. Schwab 1000 Fund | A | Int./Div. | J | T | | | | | |
| 17. Baron Asset Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Grw. Index Fund | A | Int./Div. | J | T | | | | | |
| 19. Vanguard Cap. Opp. Fund | B | Int./Div. | J | T | | | | | |
| 20. Gabelli Grw. Fund | A | Int./Div. | | | Sold | 08/24/12 | J | | |
| 21. Vanguard Muni Int. Fund | A | Int./Div. | K | T | | | | | |
| 22. Real Estate, Macon County, North Carolina | | | K | W | | | | | |
| 23. Baygulf FCU acc't | A | Interest | L | T | | | | | |
| 24. Wasatch MicroCapvalue Fund | A | Int./Div. | K | T | | | | | |
| 25. T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 26. Royce Premier Fund | A | Dividend | J | T | | | | | |
| 27. Vanguard Treasury Mon. Mkt. Fund | B | Interest | L | T | | | | | |
| 28. Vanguard Short Term Fed. Fund. Inv. | A | Int./Div. | K | T | | | | | |
| 29. Janus Contrarian Fund | A | Int./Div. | J | T | | | | | |
| 30. Vanguard Tx-Exempt Mon. Mkt Fund * | A | Interest | J | T | | | | | See Pt. VIII |
| 31. Vanguard Sp. Health Fund | A | Int./Div. | K | T | | | | | |
| 32. Intel Com. Stk | A | Dividend | | | Sold | 08/24/12 | J | | |
| 33. Texas Instr. Com. Stk | A | Dividend | | | Sold | 08/24/12 | J | A | |
| 34. GE Com. Stk. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Adobe Com Stk. | A | Dividend | K | T | | | | | |
| 36. T. Rowe Price Em. Mkt. Fund | A | Dividend | J | T | | | | | |
| 37. Vanguard Energy Fund | A | Int./Div. | J | T | | | | | |
| 38. FBR Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 39. Columbia Acorn Z Fund(formerly Royce) | A | Int./Div. | J | T | | | | | |
| 40. Janus Grw. Inc. Fund | A | Int./Div. | J | T | | | | | |
| 41. Fidelity Select Materials Fund | A | Int./Div. | J | T | | | | | |
| 42. Educational Trust I: | B | Int./Div. | L | T | | | | | |
| 43. -Merrill Lynch CMA Mon. Mkt. | | | | | | | | | |
| 44. -Allianz Sm. Cap Value (formerly Pimco Fund) | | | | | Sold | 06/08/12 | J | B | |
| 45. -First Eagle Global Fund | | | | | | | | | |
| 46. -Invest. Co. Am. Fund | | | | | Sold | 06/08/12 | J | A | |
| 47. -Baron Partners Fund | | | | | | | | | See Pt. VIII |
| 48. -Berkshire Hathaway common stock B | | | | | | | J | | See Pt. VIII |
| 49. -Highland Long Short Equity Fund | | | | | Sold | 06/08/12 | J | A | |
| 50. -Federated Prudent Bear Fund | | | | | Buy | 06/08/12 | J | | |
| 51. -Federated Prudent Bear Fund | | | | | Sold | 11/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Intrepid Cap Fund | | | | | Buy | 06/08/12 | J | | |
| 53. -Marketfield Fund | | | | | Buy | 06/08/12 | J | | |
| 54. -Pimco All Asset Fund | | | | | Buy | 06/08/12 | J | | |
| 55. -Invesco Bal. Risk Fund | | | | | Buy | 06/08/12 | J | | |
| 56. -Yacktman Fund | | | | | Buy | 06/08/12 | J | | |
| 57. -Arbitrage Funds Cl I | | | | | Buy | 06/08/12 | J | | |
| 58. -Permanent Portfolio Fund | | | | | Buy | 06/08/12 | J | | |
| 59. -Virtus Premium Alpha Sector Fund Cl I | | | | | Buy | 06/08/12 | J | | |
| 60. IRA #2: | C | Int./Div. | O | T | | | | | |
| 61. -T. Rowe Price Mid-Cap Fund | | | | | | | | | |
| 62. -Royce Premier Fund | | | | | | | | | |
| 63. -NB Genesis Fund | | | | | | | | | |
| 64. -Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 65. -Fed. Mid-Cap. Fund | | | | | | | | | |
| 66. -J.P. Morgan Mid-Cap Value Fund | | | | | | | | | |
| 67. -Lazard Em. Mkt. Fund | | | | | | | | | |
| 68. -FRS Aggressive Balanced Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -FRS Lge. Cap. Fund | | | | | | | | | |
| 70. -Pru Mid Cap Quant.Core Fund | | | | | | | | | |
| 71. -FRS Foreign Stock Index Fund | | | | | | | | | |
| 72. -American New Perspective Fund | | | | | | | | | |
| 73. -Am. Pacific Grw Fund | | | | | | | | | |
| 74. -T. Rowe Price Lat. Am. Fund | | | | | Sold | 08/24/12 | J | A | |
| 75. -Wasatch Emerg. Mkt. Sm. Cap. Fund | | | | | | | | | |
| 76. -Wasatch Em. Mkt. Fund | | | | | Sold | 08/24/12 | J | B | |
| 77. -T. Rowe Price New Era Fund (y) | | | | | | | | | |
| 78. -Vanguard Inflation Protect. Fund | | | | | | | | | |
| 79. -Ford Motor Co. Com. Stk. | | | | | | | | | |
| 80. -Embridge Energy Partnership Fund | | | | | | | | | |
| 81. -Copano Energy LLC | | | | | | | | | |
| 82. -MFA Financial | | | | | | | | | |
| 83. -Fidelity Select Materials | | | | | | | | | |
| 84. -Metro. West Bond Fund | | | | | | | | | |
| 85. -Newberger Berman RE Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Annnaly Capital Mgt. Fund | | | | | Sold | 02/17/12 | J | A | |
| 87. -Marsico Flexible Cap. Fund | | | | | | | | | |
| 88. -Reynolds Blue Chip Fund | | | | | Sold | 03/20/12 | J | A | |
| 89. -Scout Mid Cap Fund | | | | | | | | | |
| 90. -Cypress Sharpridge Invest. | | | | | Sold | 10/15/12 | J | | |
| 91. -Am. Cap. Agency REIT | | | | | Sold | 10/05/12 | J | A | |
| 92. Fidelity Select Gold Fund | A | Int./Div. | J | T | | | | | |
| 93. Needham Agg. Gr. Fund | A | Int./Div. | J | T | | | | | |
| 94. Montetta Young Inv. Fund | A | Int./Div. | K | T | | | | | |
| 95. Armour Residential REIT Fund | A | Int./Div. | | | Buy | 09/03/12 | J | | |
| 96. Armour Residential REIT Fund | | | | | Sold | 10/15/12 | J | | |
| 97. Matthews 25 Fund | A | Int./Div. | J | T | Buy | 03/21/12 | J | | |
| 98. Two Harbors Investment | | | | | Buy | 09/13/12 | K | | |
| 99. Two Harbors Investment | | | | | Sold | 10/15/12 | K | | |
| 100. Amern-Cap Mtg Invt | | | | | Buy | 09/12/12 | J | | |
| 101. Amern-Cap Mtg. Invt | | | | | Sold | 10/15/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The asset listed at Pt. VII, line 1, includes rental property located in Alachua County, Florida, listed on line 5 as an asset.

2. Monthly additional purchases of assets marked with an asterisk (*) are made in increments of $500 or less. Additional purchases of larger amounts of the same asset are specifically noted, if applicable, in Part VII, column D.

3. The asset listed in Pt. VII, line 48, was sold in 2011, but I advertently left it off of my 2011 FDR. I respectfully amend my 2011 report to include the following information for this asset: Column B1(1); Column B(2): int/div; Column C (leave blank); Column D(1):sell; Column D(2): 10/19/11; Column D(3): J; and Column D(4): C.

4. The asset listed in VII, line 47, was sold in 2011, but I advertently left it off of my 2011 FDR. I respectfully amend my 2011 report to include the following information for this asset: Column B1(1); Column B(2): int/div; Column C (leave blank); Column D(1):sell; Column D(2): 2/26/11; Column D(3): J; and Column D(4): (leave blank).

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 08/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Jenkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544